1  AMIE McTAVISH (SB No. 242371)
     Email: amctavish@akk-law.com
2  SEAN D. O'DOWD (SB No. 296320)
     Email: sodowd@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
5  Sacramento, CA  95825
   Telephone: (916) 564-6100
6  Telecopier: (916) 564-6263

7  Attorneys for Defendants CITY OF WEST SACRAMENTO and KENNETH FELLOWS

8

9                     **UNITED STATES DISTRICT COURT**

10                    **EASTERN DISTRICT OF CALIFORNIA**

11

12  GUILLERMO BONILLA-CHIRINOS,        )  Case No.: 2:15-cv-02564-WBS-EFB
    SANDRA HERNANDEZ, INDIVIDUALLY    )
13  AND AS GUARDIANS AD LITEM OF J B, )
    A MINOR                            )  **STIPULATION FOR PROTECTIVE**
14                                     )  **ORDER AND PROPOSED ORDER**
15                  Plaintiffs,        )
                                       )
16            vs.                      )
                                       )
17  CITY OF WEST SACRAMENTO,           )
    KENNETH FELLOWS (BADGE #151) AND  )
18  DOES 1 THROUGH 99,                 )
                                       )
19                  Defendants.        )
20  _____)

21       IT IS HEREBY AGREED AND STIPULATED BETWEEN THE PLAINTIFFS, AND
22  DEFENDANTS CITY OF WEST SACRAMENTO AND KENNETH FELLOWS, all
23  documents produced in this case pursuant to Fed. Rules Civ. Proc., rules 26, 30, 34 & 45 shall be
24  governed by this protective order.
25       The documents shall be used by the parties solely for the purpose of prosecuting and
26  defending the above-captioned case. The documents shall not be duplicated, reproduced,
27  transmitted, or communicated to any person for any reason other than counsel; clients; experts
28  retained for the purpose of furthering the defense of or prosecution of the plaintiffs' case;

1  deposition and trial witnesses; mediator or third party neutral; or the court. The copying of
2  produced documents is to be conducted in-house and shall not be done by outside third party
3  vendors.
4     All copies of protected documents distributed by counsel to any party for purpose of
5  prosecuting or defending the litigation shall be returned to counsel at the conclusion of the
6  litigation and counsel shall store and ultimately destroy the documents consistent with individual
7  firm policy.
8     This Order shall constitute a protective order pursuant to Fed. Rules Civ. Proc., rule 26(c)
9  and shall be enforceable as set forth therein.

Dated:  April 21, 2016          ANGELO, KILDAY & KILDUFF, LLP

                                        */s/ Sean D. O'Dowd*
                                By:_____
                                    AMIE McTAVISH
                                    SEAN D. O'DOWD
                                    Attorneys for Defendants
                                    CITY OF WEST SACRAMENTO and
                                    KENNETH FELLOWS


Dated:  April 14, 2016          LAW OFFICE OF ARMANDO S.
                                MENDEZ

                                        */s/ Armando S. Mendez* (as authorized on
                                        4/14/2016)
                                By:_____
                                    ARMANDO S. MENDEZ
                                    Attorney for Plaintiffs

1  **ORDER**

2      Having considered the stipulation of the parties and good cause appearing, the Court
3  hereby GRANTS the parties' foregoing stipulation for a protective order over all documents
4  produced in this case.

5      IT IS SO ORDERED.

6  Dated: April 21, 2016

_____
7           EDMUND F. BRENNAN
             UNITED STATES MAGISTRATE JUDGE