1  CYRUS ZAL, SBN: 102415
   CYRUS ZAL, A PROFESSIONAL CORPORATION
2  102 Mainsail Court
   Folsom, CA 95630
3  (916) 985-3576
   (916) 985-4893 (FAX)
4  
   Attorney for Plaintiffs GUILLERMO BONILLA, SANDRA
5  HERNANDEZ AND J.B., A MINOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| GUILLERMO BONILLA, SANDRA HERNANDEZ, J.B., A MINOR, | CASE NO. 2:15-cv-02564-WBS-EFB |
|---|---|
| Plaintiffs, | |
| v. | **AMENDED CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| CITY OF WEST SACRAMENTO, et al., | |
| Defendants. | |

Notice is hereby given that, subject to approval by the court, GUILLERMO BONILLA and SANDRA HERNANDEZ hereby substitute Cyrus Zal, State Bar No. 102415, as counsel of record in place of Armando S. Mendez, State Bar No. 203909.

Contact information for new counsel is as follows:

Cyrus Zal, State Bar No. 102415
CYRUS ZAL, A PROFESSIONAL CORPORATION
102 Mainsail Court, Folsom, CA 95630

1

Telephone: 916-985-3576; Fax: 916-985-4893
Email: czal47@comcast.net.

We consent to the above Substitution.

Dated: October 27, 2016         __/s/ Guillermo Bonilla_____
                                GUILLERMO BONILLA

Dated: October 27, 2016         __/s/ Sandra Hernandez_____
                                SANDRA HERNANDEZ

I consent to being substituted.

Dated: October 26, 2016         __/s/ Armando S. Mendez_____

I consent to the above Substitution.

Dated: November 1, 2016         __/s/ Cyrus Zal__ _____
                                CYRUS ZAL

2

**ORDER**

The substitution of attorney is hereby approved and so ORDERED.  The motion hearing date of November 7, 2016 is VACATED, no appearance is required.

Dated:  November 4, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE