CYRUS ZAL, SBN: 102415
CYRUS ZAL, A PROFESSIONAL CORPORATION
102 Mainsail Court
Folsom, CA 95630
(916) 985-3576
(916) 985-4893 (FAX)
Email: czal47@comcast.net

Attorney for Plaintiffs GUILLERMO BONILLA, SANDRA HERNANDEZ AND J.B., A MINOR


AMIE McTAVISH (SB No. 242371)
   Email: amctavish@akk-law.com
SEAN D. O'DOWD (SB No. 296320)
   Email: sodowd@akk-law.com
**ANGELO, KILDAY&KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF WEST SACRAMENTO and KENNETH FELLOWS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO BONILLA-CHIRINOS, SANDRA HERNANDEZ, INDIVIDUALLY AND AS GUARDIANS AD LITEM OF J B, A MINOR<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF WEST SACRAMENTO, KENNETH FELLOWS (BADGE #151) AND DOES 1 THROUGH 99,<br><br>Defendants. | Case No.: 2:15-cv-02564-WBS-EFB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER TO TAKE TWO DEPOSITIONS BEYOND THE DISCOVERY CUT-OFF DATE** |

-1-
**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER, etc.**

COMES NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request the following modification to this Court's Pretrial Scheduling Order of November 17, 2016 (Court's Docket No. 25): that the depositions of Plaintiffs Guillermo Bonilla-Chirinos and Sandra Hernandez be taken by Defendants beyond the current discovery cut-off date of April 21, 2017.

There is good cause for this modification as follows: the depositions of Plaintiffs Guillermo Bonilla-Chirinos and Sandra Hernandez were originally scheduled before the discovery cut-off date of April 21, 2017. Plaintiff Sandra Hernandez's deposition was originally scheduled on April 17, 2017 and Plaintiff Guillermo Bonilla-Chirinos' deposition was originally scheduled on April 18, 2017. However, those dates became unavailable to said Plaintiffs due to employment matters and other matters, and Plaintiffs requested that their depositions be re-scheduled to April 27, 2017 (Plaintiff Guillermo Bonilla-Chirinos) and to April 28, 2017 (Plaintiff Sandra Hernandez). Defendants agreed to the new dates subject to the Court's approval of Plaintiffs' depositions being taken beyond the discovery cut-off date of April 21, 2017.

The parties therefore have respectfully submitted this Stipulation and Order requesting the Court to approve Plaintiffs' depositions being taken beyond the discovery cut-off date of April 21, 2017.

Dated: April 17, 2017  ANGELO, KILDAY&KILDUFF, LLP

*/s/ Sean D. O'Dowd*
By:_____
   AMIE McTAVISH
   SEAN D. O'DOWD
   Attorneys for Defendants


Dated: April 13, 2017  CYRUS ZAL, A PROFESSIONAL CORPORATION


By:_____/s/ Cyrus Zal_____
   CYRUS ZAL
   Attorney for Plaintiffs

-2-
**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER, etc.**

# ORDER

Good cause appearing, the parties' stipulation is approved as modified herein. Accordingly, it is ordered that the discovery cutoff date of April 21, 2017, is hereby extended for the limited purpose of allowing for the completion of the depositions of Guillermo Bonilla-Chirinos and Sandra Hernandez. Therefore, the depositions previously noticed for April 17 and 18, 2017, are hereby ordered reset for April 27 and 28, 2017, respectively.

**IT IS SO ORDERED.**

Dated: April 17, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE