UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GUILLERMO BONILLA-CHIRINOS and SANDRA HERNANDEZ, individually and as guardians ad litem of J.B., a minor,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF WEST SACRAMENTO and police officers KENNETH FELLOWS, MICHELLE TATE, ANTHONY HERRERA, THOMAS MAGGIANO, JENNIFER GRILLAT, ERIC ANGLE, MATTHEW LUIZ, and DAVID STALLIONS, in their individual and official capacities,<br><br>    Defendants. | Civ. No. 2:15-2564 WBS EFB<br><br><u>ORDER RE: BILL OF COSTS</u> |

----oo0oo----

Before the court is defendant City of West Sacramento's Bill of Costs filed August 8, 2017. (Docket No. 42.) While judgment has been entered in favor of the City of West Sacramento on all claims asserted against it, other claims against other

1

defendants remain pending.  In light of this procedural posture, and because plaintiffs have not yet responded to the Bill of Costs (perhaps due to the uncertain status of plaintiffs' representation by counsel), the court, in its discretion, will deny the Bill of Costs without prejudice to refiling after judgment has been entered with respect to all claims and all defendants.

IT IS THEREFORE ORDERED that defendant City of West Sacramento's Bill of Costs (docket no. 42) be, and the same hereby is, DENIED WITHOUT PREJUDICE to refiling within fourteen days after judgment is entered as to all claims and defendants in this case.

Dated:  August 18, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE