UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GUILLERMO BONILLA-CHIRINOS and SANDRA HERNANDEZ, individually and as guardians ad litem of J.B., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WEST SACRAMENTO and police officers KENNETH FELLOWS, MICHELLE TATE, ANTHONY HERRERA, THOMAS MAGGIANO, JENNIFER GRILLAT, ERIC ANGLE, MATTHEW LUIZ, and DAVID STALLIONS, in their individual and official capacities,<br><br>Defendants. | Civ. No. 2:15-2564 WBS EFB<br><br>ORDER |

----oo0oo----

Before the court is defendants' Motion to Stay Matter Pending Appeal. (Docket No. 80.) The hearing on the motion is hereby RESET for March 5, 2018 at 1:30 p.m., so that the motion can be heard jointly with the previously scheduled Final Pretrial

1

Conference.  Plaintiffs' opposition is due by 12:00 p.m. on Wednesday, February 28, 2018.  Any reply is due by 12:00 p.m. on Friday, March 2, 2018.

IT IS SO ORDERED.

Dated: February 22, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE