BRUCE A. KILDAY (SB No. 066415)
   Email: bkilday@akk-law.com
KEVIN J. DEHOFF (SB No. 252106)
   Email: kdehoff@akk-law.com
MELISSA T. CURRIER (SB No. 318805)
   Email: mcurrier@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants KENNETH FELLOWS, THOMAS MAGGIANO, MICHELLE TATE, and ANTHONY HERRERA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO BONILLA-CHIRINOS, et al., | Case No.: 2:15-cv-02564-WBS-EFB |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' MOTION TO STAY MATTER PENDING APPEAL** |
| vs. | |
| CITY OF WEST SACRAMENTO, et al., | **Date:** March 5, 2018 |
| Defendants. | **Time:** 1:30 p.m. |
| | **Courtroom:** 5 |
| | **Honorable William B. Shubb** |

The Motion of Defendants to Stay All Proceedings Pending Appeal, came on regularly for hearing on March 5, 2018, at 1:30 p.m. in Courtroom 5, at the United States District Courthouse located at 501 I Street, Sacramento, California.

After considering the papers filed by the parties and any oral argument on the matter, the Court rules as follows:

1. All factors to be considered by the district court to evaluate the merits of Defendants' Motion to Stay the Proceedings weigh in favor of an Order granting the stay; and

2. The Stay is granted, pending the result of appeal.

///

IT IS SO ORDERED.

Dated: March 5, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE