UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GUILLERMO BONILLA-CHIRINOS and SANDRA HERNANDEZ, individually and as guardians ad litem of J.B., a minor,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF WEST SACRAMENTO and police officers KENNETH FELLOWS, MICHELLE TATE, ANTHONY HERRERA, THOMAS MAGGIANO, JENNIFER GRILLAT, ERIC ANGLE, MATTHEW LUIZ, and DAVID STALLIONS, in their individual and official capacities,<br><br>    Defendants. | No. 2:15-cv-2564 WBS EFB<br><br>ORDER |

----oo0oo----

After a discussion with the parties at a status conference held on October 28, 2019, the trial in this case is RESET for February 19, 2020 at 9:00 a.m. The pretrial conference shall be held on January 6, 2020 at 1:30 p.m. The parties shall

1

submit revised pretrial statements in accordance with Local Rules 281 and 282 and the instructions in the court's original Status (Pretrial Scheduling) Order (Docket No. 11). Plaintiffs' revised pretrial statement shall be filed by December 23, 2019, and defendants' revised pretrial statement shall be filed by December 30, 2019.

A settlement conference is set before Magistrate Judge Carolyn K. Delaney on January 14, 2020 at 9:30 a.m. Each party is ordered to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms. No later than 12:00 p.m. on January 7, 2020, counsel for each party shall submit a Confidential Settlement Conference Statement via email to CKDorders@caed.uscourts.gov. The parties may agree, or not, to serve each other with the Confidential Settlement Conference Statements. The Confidential Settlement Conference Statements shall not be filed with the clerk and shall not otherwise be disclosed to the trial judge. However, each party shall e-file a one-page document entitled "Notice of Submission of Confidential Settlement Conference Statement."

IT IS SO ORDERED.

Dated: October 29, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE