CYRUS ZAL, SBN: 102415
CYRUS ZAL, A PROFESSIONAL CORPORATION
102 Mainsail Court
Folsom, CA  95630
Telephone:   (916) 985-3576
Fax:              (916) 985-4893
Email:           czal47@comcast.net

CYRUS ZAL, Attorney for Plaintiffs GUILLERMO BONILLA-CHIRINOS, SANDRA HERNANDEZ, INDIVIDUALLY AND AS GUARDIANS AD LITEM OF J.B., A MINOR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO BONILLA-CHIRINOS, SANDRA HERNANDEZ, INDIVIDUALLY AND AS GUARDIANS AD LITEM OF J.B., A MINOR,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br><br>CITY OF WEST SACRAMENTO, KENNETH FELLOWS (BADGE #151) AND DOES 1 THROUGH 99,<br><br>Defendants. | CASE NO.  2:15-cv-02564-WBS-EFB<br><br><br><br><br>**DISMISSAL OF THE ENTIRE ACTION**<br><br>**WITH  PREJUDICE**<br><br><br><br>**Judge:**　　Hon.  William B. Shubb |

1

Plaintiffs Guillermo Bonilla-Chirinos and Sandra Hernandez, Individually and as Guardians Ad Litem of J.B., A Minor, hereby dismiss this entire action with prejudice, to include a dismissal with prejudice of all parties and of all claims and causes of action herein.

All parties are to bear their own attorney's fees and costs incurred in this action.

                                                Cyrus Zal, A Professional Corporation

DATED: January 24, 2020            By: _____/s/ Cyrus Zal_____
                                                CYRUS ZAL, Attorney for Plaintiffs
                                                GUILLERMO BONILLA-CHIRINOS,
                                                SANDRA HERNANDEZ,
                                                INDIVIDUALLY AND AS GUARDIANS
                                                AD LITEM OF J.B., A MINOR

Dated: January 24, 2020              ANGELO, KILDAY & KILDUFF, LLP

                                                  /s/ Derick E. Konz
                                               By:_____
                                                  DERICK E. KONZ
                                                  Attorney for Defendants

## **ORDER**

**IT IS SO ORDERED.**

Dated: January 24, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE